```
 1  Michael L. Smith
    State Bar No. 160305
    MANNING & MARDER
 2  KASS, ELLROD, RAMIREZ LLP
    625 Market Street, 4th Floor
 3  San Francisco, California 94105
    Telephone:  (415) 537-6990
 4  Facsimile:  (415) 537-6999

 5  Attorneys for Defendants
    HILTON HOTELS CORPORATION

 6

 7
                         UNITED STATES DISTRICT COURT
 8
                        NORTHERN DISTRICT OF CALIFORNIA
 9

10
                                            )  Case No.: C 06 1520 MJJ
11                                          )
                                            )
12  ROBERT MCCARTHY,                        )
                                            )
13                      Plaintiff,          )  Civil Proceeding
                                            )
14  vs.                                     )  STIPULATION AND ORDER
                                            )  EXTENDING DEFENDANT HILTON
15  HILTON HOTELS CORPORATION a.k.a.        )  HOTELS CORPORATION'S TIME FOR
    HILTON HOTELS CORPORATION #2241         )  FILING RESPONSIVE PLEADING TO
16  d.b.a. HILTON OAKLAND AIRPORT a.k.a.    )  PLAINTIFF ROBERT MCCARTHY'S
    OAKLAND HILTON; HILTON HOTELS           )  COMPLAINT
17  CORPORATION; CITY OF OAKLAND; and       )
    DOES 1 THROUGH 10, Inclusive,           )  Judge: Hon. Martin J. Jenkins
18                                          )
                        Defendants.         )
19                                          )

20        Defendants HILTON HOTELS CORPORATION and plaintiff ROBERT MCCARTHY, hereby

21  stipulate and agree and petition the Court to enter the following stipulated order:

22  \\\\

23  \\\\

24  \\\\

25  \\\\

26  \\\\

27  \\\\

28
```

- 1 -

D:\docsdata\mls\00 MLS\McCarthy v. Hilton Hotels
Corporation\Pleadings\Stip.01.wpd

STIPULATION & ORDER EXTENDING TIME FOR FILING RESPONSIVE PLEADING TO ADVERSARY PROCEEDING COMPLAINT...

That defendant HILTON HOTELS CORPORATION's time for filing responsive pleadings to plaintiff ROBERT MCCARTHY's civil complaint, filed on February 27, 2006 be extended up to and including May 4, 2006

Dated: 4/4, 2006

PINNOCK & WAKEFIELD, A.P.C.

By: _____
David C. Wakefield

Attorneys for Plaintiff
ROBERT MCCARTHY

Dated: 4/5, 2006

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By: _____
Michael L. Smith

Attorneys for Defendants
HILTON HOTELS CORPORATION

## PROOF OF SERVICE

### *Robert McCarthy vs. Hilton Hotels Corporation, et al.*
### U.S. District Court Case No. 06-1520 MJJ

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One California, Suite 1100, San Francisco, California 94111

On the date set forth below, I served the document described as **STIPULATION AND ORDER EXTENDING DEFENDANTS HILTON HOTELS CORPORATION'S TIME FOR FILING RESPONSIVE PLEADING TO PLAINTIFF ROBERT MCCARTHY'S COMPLAINT** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED SERVICE LIST

[x] **(BY MAIL)** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid. I then placed such envelope with postage thereon prepaid in the United States mail at San Francisco, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY OVERNIGHT COURIER):** I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard _____ overnight delivery procedures.

[ ] **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number(s): _[see attached service list]_ .

[ ] **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

[x] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 5, 2006 at San Francisco, California.

*Carlos Rios*

## SERVICE LIST

*Robert McCarthy vs. Hilton Hotels Corporation, et al.*
**U.S. District Court Case No. 06-1520 MJJ**

**Attorney for Plaintiff, Robert McCarthy**

David C. Wakefield, Esq.
Pinnock & Wakefield
3033 Fifth Avenue, Suite 410
San Diego, California 92103
   Tel:  619 858-3671
   Fax:  619 858-3646