Michael L. Smith
State Bar No. 160305
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
625 Market Street, 4th Floor
San Francisco, California 94105
Telephone:  (415) 537-6990
Facsimile:   (415) 537-6999

Attorneys for Defendants
HILTON HOTELS CORPORATION

FILED

APR 1 2 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROBERT MCCARTHY,<br><br>Plaintiff,<br><br>vs.<br><br>HILTON HOTELS CORPORATION a.k.a. HILTON HOTELS CORPORATION #2241 d.b.a. HILTON OAKLAND AIRPORT a.k.a. OAKLAND HILTON; HILTON HOTELS CORPORATION; CITY OF OAKLAND; and DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No.:C 06 1520 MJJ<br><br>Civil Proceeding<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT HILTON HOTELS CORPORATION'S TIME FOR FILING RESPONSIVE PLEADING TO PLAINTIFF ROBERT MCCARTHY'S COMPLAINT**<br><br>Judge: Hon. Martin J. Jenkins |

Defendants HILTON HOTELS CORPORATION and plaintiff ROBERT MCCARTHY, hereby stipulate and agree and petition the Court to enter the following stipulated order:

\\\\\
\\\\\
\\\\\
\\\\\
\\\\\
\\\\\
\\\\\
\\\\\

- 1 -

That defendant HILTON HOTELS CORPORATION's time for filing responsive pleadings to plaintiff ROBERT MCCARTHY's civil complaint, filed on February 27, 2006 be extended up to and including May 4, 2006

Dated: 4/4 ....., 2006

PINNOCK & WAKEFIELD, A.P.C.

By: _____
      David C. Wakefield

Attorneys for Plaintiff
ROBERT MCCARTHY

Dated: 4/5 ....., 2006

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By: _____
        Michael L. Smith

Attorneys for Defendants
HILTON HOTELS CORPORATION

IT IS SO ORDERED

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
4/12/2006
DATE

D:\localdata\nfs00 ML.S\McCarthy v. Hilton Hotels
Corporation\Pleadings\Stip.01.wpd

STIPULATION & ORDER EXTENDING TIME FOR FILING RESPONSIVE PLEADING TO ADVERSARY PROCEEDING COMPLAINT...

## PROOF OF SERVICE

1

2

*Robert McCarthy vs. Hilton Hotels Corporation, et al.*
U.S. District Court Case No. 06-1520 MJJ

3

4      I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One California, Suite 1100, San Francisco, California 94111

5

6      On the date set forth below, I served the document described as **STIPULATION AND ORDER EXTENDING DEFENDANTS HILTON HOTELS CORPORATION'S TIME FOR FILING RESPONSIVE PLEADING TO PLAINTIFF ROBERT MCCARTHY'S COMPLAINT** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

7

8

9                          **SEE ATTACHED SERVICE LIST**

10    [x]   **(BY MAIL)** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid. I then placed such envelope with postage thereon prepaid in the United States mail at San Francisco, California.

11

12          I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

13

14

15

16    [ ]   **(BY OVERNIGHT COURIER):** I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard _____ overnight delivery procedures.

17

18    [ ]   **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number(s): [see attached service list] .

19    [ ]   **(BY PERSONAL SERVICE)**   I delivered such envelope by hand to the offices of the addressee.

20

21    [x]   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

22    [x]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

23

24          Executed on April 5, 2006 at San Francisco, California.

25

26                                                *Carlos Rios*

27

28

D:\docsdata\mls\00 MLS\McCarthy v. Hilton Hotels
Corporation\Pleadings\Stip.01.wpd

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### SERVICE LIST

**_Robert McCarthy vs. Hilton Hotels Corporation, et al._**
**U.S. District Court Case No. 06-1520 MJJ**

**Attorney for Plaintiff, Robert McCarthy**

David C. Wakefield, Esq.
Pinnock & Wakefield
3033 Fifth Avenue, Suite 410
San Diego, California 92103
        Tel:  619 858-3671
        Fax:  619 858-3646

D:\docsdata\mls\00 MLS\McCarthy v. Hilton Hotels
Corporation\Pleadings\Stip.01.Order.wpd

PROOF OF SERVICE