1  Michael L. Smith
   State Bar No. 160305
   **MANNING & MARDER**
2  **KASS, ELLROD, RAMIREZ LLP**
   625 Market Street, 4th Floor
3  San Francisco, California 94105
   Telephone: (415) 537-6990
4  Facsimile: (415) 537-6999

5  Attorneys for Defendants
   HILTON HOTELS CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HILTON HOTELS CORPORATION a.k.a.<br>HILTON HOTELS CORPORATION #2241<br>d.b.a. HILTON OAKLAND AIRPORT a.k.a.<br>OAKLAND HILTON; HILTON HOTELS<br>CORPORATION; CITY OF OAKLAND; and<br>DOES 1 THROUGH 10, Inclusive,<br><br>　　　　Defendants. | Case No.: C 06 1520 MJJ<br><br>Civil Proceeding　Order Granting:<br><br>**STIPULATION** ~~AND ORDER~~<br>**EXTENDING DEFENDANT HILTON**<br>**HOTELS CORPORATION'S TIME FOR**<br>**FILING RESPONSIVE PLEADING TO**<br>**PLAINTIFF ROBERT MCCARTHY'S**<br>**COMPLAINT**<br><br>Judge: Hon. Martin J. Jenkins |

　　　　Defendants HILTON HOTELS CORPORATION and plaintiff ROBERT MCCARTHY, hereby stipulate and agree and petition the Court to enter the following stipulated order:

\\\\
\\\\
\\\\
\\\\
\\\\
\\\\

- 1 -

D:\docsdata\mls\00 MLS\McCarthy v. Hilton Hotels Corporation\Pleadings\Stip.01.wpd

STIPULATION & ORDER EXTENDING TIME FOR FILING RESPONSIVE PLEADING TO ADVERSARY PROCEEDING COMPLAINT...

That defendant HILTON HOTELS CORPORATION's time for filing responsive pleadings to plaintiff ROBERT MCCARTHY's civil complaint, filed on February 27, 2006 be extended up to and including May 19, 2006.

Dated: April 28, 2006

PINNOCK & WAKEFIELD, A.P.C.

By: _____
David C. Wakefield

Attorneys for Plaintiff
ROBERT MCCARTHY

Dated: 5/2, 2006

**MANNING & MARDER
KASS, ELLROD, RAMIREZ** LLP

By: _____
Michael L. Smith

Attorneys for Defendants
HILTON HOTELS CORPORATION

5/10/2006

IT IS SO ORDERED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

D:\docsdata\mls\00 MLS\McCarthy v. Hilton Hotels Corporation\Pleadings\Stip.02.wpd

STIPULATION & ORDER EXTENDING TIME FOR FILING RESPONSIVE PLEADING TO ADVERSARY PROCEEDING COMPLAINT...